```
Court Name: US District Court SDO
Division: 3
Receipt Number: 300DAY015595
Cashier ID: deterse
Transaction Date: 06/11/2015
Payer Name: Ixtel Polo
------------------------------------
CIVIL FILING FEE
 For: Ixtel Polo
 Case/Party: D-OHS-3-15-CV-000206-001
 Amount:         $400.00
------------------------------------
CASH
 Amt Tendered: $400.00
------------------------------------
Total Due:      $400.00
Total Tendered: $400.00
Change Amt:     $0.00
```

A fee of $53.00 will be assessed on all returned checks.